# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

Civil Action No. _____

| | |
|---|---|
| **Glenda J. Mooneyham, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Bitcoin Depot, Inc.; Bitcoin Depot Operating, LLC (d/b/a Bitcoin Depot); Circle K Stores, Inc.,**<br><br>**Defendants.** | 3:24-cv-1774-SAL<br><br>**DEFENDANT CIRCLE K STORES, INC.'s RULE 7.1 CORPORATE DISCLOSURE** |

TO:   The Honorable Judges of the United States District Court
      District of South Carolina
      Columbia Division

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Circle K Stores, Inc. ("Circle K"), certifies that Circle K is nongovernmental corporation that is wholly owned by Alimentation Couche-Tard, Inc., a publicly-traded Canadian corporation (TSX: ANCTF).

This 10th day of April, 2024.

1

*/s/ Amanda P. Nitto*
Stephen M. Cox
Federal I.D. No. 6913
scox@robinsonbradshaw.com

Amanda Pickens Nitto
Federal I.D. No. 12620
anitto@robinsonbradshaw.com

Benjamin C. DeCelle
Federal I.D. No. 12995
bdecelle@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
202 E. Main St., Ste. 201
Rock Hill, South Carolina 29730
Telephone:     803.325.2900
Facsimile:     803.325.2929

*Attorneys for Defendant Circle K Stores, Inc.*

2