# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
Civil Action No. 3:24-cv-01774-SAL

| | |
|---|---|
| Glenda J. Mooneyham, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bitcoin Depot, Inc.; Bitcoin Depot Operating, LLC (d/b/a Bitcoin Depot); Circle K Stores, Inc.,<br><br>　　　　Defendants. | **DECLARATION OF DAVID O'TOOLE** |

David O'Toole declares that the following statements are true and correct of his own personal knowledge, subject to the laws of perjury in the United States:

1.　I am an adult and resident of Gilbert, Arizona. I make this declaration based on my personal knowledge.

2.　I have been an employee of Circle Stores, Inc. ("Circle K") since 2002. Since 2015, my title has been Sr Business Manager Financial Services for North America. In this position, I help implement Circle K product and service launches in stores within North America.

3.　Circle K and its affiliates market and sell various products at over 14,000 convenience stores located across 26 countries and territories. One such product that Circle K currently markets in its US stores is access to "Bitcoin Depot ATMs" or "Bitcoin Depot kiosks."

4.　Bitcoin Depot markets its Bitcoin Depot ATMs at certain Circle K stores and also markets its business relationship with Circle K online. Accordingly, Circle K is a marketing partner of Bitcoin Depot.

1

5.  The statements and information above are true and accurate.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

This 3rd day of June, 2024.

*[Signature]*

David O'Toole
Sr Business Manager,
Financial Services, North America
Circle K Stores, Inc.

2