### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| Glenda J. Mooneyham, on behalf of herself and all others similarly situated, ) ) ) | Civil Action No.: 3:24-cv-01774-SAL |
| Plaintiff, ) ) | |
| v. ) ) | **Plaintiff's Responses to Local Rule 26.01 Interrogatories** |
| Bitcoin Depot, Inc.; Bitcoin Depot Operating, LLC (d/b/a Bitcoin Depot); Circle K. Stores, Inc., ) ) ) ) | |
| Defendants. ) ) | |

The Plaintiff, providing information as required by Local Rule 26.01, states as follows:

A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**   None.

B. As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**   Plaintiff is entitled to a jury trial and demands same.

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or other indicia of ownership of the party; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**   Plaintiff is not a publicly owned company.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**   Not applicable to Plaintiff as the Defendants removed this matter from the Court of Common Pleas in Richland County.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **No.**

F. [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Not applicable to Plaintiffs.**

G. [Defendants only.] If you contend that some other person or legal entity is, in whole or in part liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** **Not applicable to Plaintiffs.**

H. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** **Not applicable to Plaintiff as the Defendants removed this matter from the Court of Common Pleas in Richland County.**

                                        PARKER LAW GROUP, LLP

                          BY:   *s/ Derek D. Tarver*
                                        Lee D. Cope (SC Bar # 14361)
                                        lcope@parkerlawgroupsc.com
                                        Derek D. Tarver (SC Bar # 103289)
                                        dtarver@parkerlawgroupsc.com
                                        101 Mulberry Street East
                                        Post Office Box 487
                                        Hampton, SC 29924
                                        T: (803) 903-1781
                                        F: (803) 903-1793

                                        *and*

                                        Gibson Solomons, III (SC Bar #68291)
                                        gsolomons@speightsandsolomons.com
                                        SPEIGHTS & SOLOMONS, LLC
                                        100 Oak Street East
                                        Post Office Box 685
                                        Hampton, South Carolina 29924
                                        T: (803) 943-4444
                                        F: (803) 943-4599

June 6, 2024.                              ATTORNEYS FOR PLAINTIFF
Hampton, South Carolina