AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Glenda J. Mooneyham, on behalf of herself and all others similarly situated,<br>*Plaintiff*<br>v.<br><br>Bitcoin Depot, Inc.; Bitcoin Depot Operating, LLC (d/b/a Bitcoin Depot); Circle K Stores, Inc.,<br><br>*Defendants*. | Civil Action No.    3:24-cv-1774-JDA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Glenda J. Mooneyham, on behalf of herself and all others similarly situated, shall take nothing of the defendants, Bitcoin Depot, Inc.; Bitcoin Depot Operating, LLC (d/b/a Bitcoin Depot); and Circle K Stores, Inc., and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Jacquelyn Austin, United States District Judge, presiding. The Court having heard and granted defendants' motions to dismiss.

Date:        February 27, 2024                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/A. Hilley

                                                                                    *Signature of Clerk or Deputy Clerk*